**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| IN RE COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ML-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to the Following Actions:

Plaintiffs identified in Exhibit A

## OMNIBUS STIPULATION OF DISMISSAL WITH PREJUDICE

The 100 Plaintiffs listed in Exhibit A and Defendants Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS (collectively, the "Cook Defendants")[1] hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Cook Defendants shall be dismissed with prejudice in their entirety. Each party shall bear its own fees and costs.

Counsel for Plaintiffs listed in Exhibit A, David P. Matthews, and counsel for the Cook Defendants, Andrea Roberts Pierson, consent to the dismissal of the claims of Plaintiffs listed in Exhibit A via this Omnibus Stipulation for Dismissal with Prejudice.

Dated this 3rd day of December, 2025.

---

[1] The Parties consent that to the extent there are any other named defendants affiliated or related to Cook Incorporated, Cook Medical LLC (f/k/a Cook Medical Incorporated), and William Cook Europe ApS shall also be dismissed. Such other named defendants may include Cook Group, Inc., Medical Engineering and Development Institute, Inc. (now known as Cook Research Incorporated), Cook Medical Technologies, Cook Denmark International ApS, Cook Denmark Holdings ApS, Cook Group Europe ApS, Cook Nederland BV, CMI Real Estate Holdings, LLC, Cook Canton, LLC, Cook Shared Services, Inc., CGI Real Estate Holdings, LLC, Cook Europe Finance BV, Cook Sweden Hold-ing AB, and Cook Nederland Holding Cooperatief U.A, and all of their predecessors and successors in interest, parent companies, subsidiaries, affiliates, divisions, nominees, and related entities in which they have an interest, as well as their insurers and all of their past, present, and future officers, directors, stockholders, attorneys, agents, representatives, employees, partners, assigns, distributors, and sales representatives.

Respectfully submitted,

| **MATTHEWS & ASSOCIATES** | **Faegre Drinker Biddle & Reath, LLP** |
|---|---|
| By: */s/ David P. Matthews* <br> David P. Matthews <br> 2905 Sackett Street <br> Houston, TX 77098 <br> (713) 522-5250 <br> Fax: (713) 535-7184 <br> matthewsivc@thematthewslawfirm.com | By: */s/ Erica K. Drew* <br> Erica K. Drew <br> Faegre Drinker Biddle & Reath, LLP <br> 300 North Meridian Street, Suite 2500 <br> Indianapolis, IN 46204 <br> Phone: (317) 237-0300 <br> Fax: (317) 237-1000 <br> Erica.Drew@faegredrinker.com |

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on December 3, 2025, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon all registered Parties.

<u>/s/ Erica K. Drew</u>